UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG,<br><br>        Plaintiff,<br><br>    v.<br><br>NC3 SYSTEMS, INC.,<br><br>        Defendant. | Case No. 20-cv-04632-VC<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL**<br><br>Re: Dkt. No. 18 |

Pursuant to the joint stipulation of dismissal, *see* Dkt. No. 18, the Court dismisses with prejudice the plaintiff's individual claims, and dismisses without prejudice the claims of the putative class.

**IT IS SO ORDERED.**

Dated: September 18, 2020

VINCE CHHABRIA
United States District Judge